1020

## R. J. REYNOLDS TOBACCO COMPANY, Petitioner, v. SECURITIES & EXCHANGE COMMISSION, Respondent.

### No. 4038.

Circuit Court of Appeals, Fourth Circuit.
April 12, 1937.

Manly, Hendren & Womble, of Winston-Salem, N. C., for petitioner.

John J. Burns, Gen. Counsel, Thos. J. Lynch, Asst. Gen. Counsel, and Francis S. Walker, Securities & Exchange Commission, all of Washington, D. C., for respondent.

PER CURIAM.

Petition and amended petition dismissed in accordance with agreement of counsel. Order filed.

## Lloyd SONDEZ, alias Lloyd Sonday, Appellant, v. UNITED STATES of America, Appellee.

### No. 4166.

Circuit Court of Appeals, Fourth Circuit.
April 13, 1937.

James M. Wolcott, of Norfolk, Va., for appellant.

Sterling Hutcheson, U. S. Atty., and John V. Cogbill, Asst. U. S. Atty., both of Richmond, Va.

PER CURIAM.

Appeal dismissed on motion of appellant. Order filed.

## Ira Clarence THURMOND v. UNITED STATES of America.

### No. 1546.

Circuit Court of Appeals, Tenth Circuit.
Sept. 14, 1937.

J. D. Lydick, of Oklahoma City, Okl., for appellant.

Wade H. Loofbourrow, Asst. U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant, at appellant's costs.

## Callway TRIPLETT, Appellant, v. UNITED STATES of America, Appellee.

### No. 4181.

Circuit Court of Appeals, Fourth Circuit.
April 6, 1937.

John W. Hereford and T. W. Peyton, both of Huntington, W. Va., for appellant.

George I. Neal, U. S. Atty., and L. R. Via, Asst. U. S. Atty., both of Huntington, W. Va., and Charles M. Love, Jr., Asst. U. S. Atty., of Charleston, W. Va.

PER CURIAM.

Cause docketed and dismissed on motion of appellee. Order filed.